UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK WAYNE JONES,

Plaintiff,

-vs-                                                                                            Case No. 6:10-cv-1191-Orl-18KRS

STATE OF FLORIDA, ORANGE CO.,

Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED** and **CONFIRMED** and made a part of this Order. Therefore, the Court **DENIES** the Motion to Proceed *In Forma Pauperis* (Doc. No. 2) without prejudice. The complaint is **DISMISSED** without prejudice with leave to file an amended complaint and renewed motion to proceed *in forma pauperis* within twenty-one days of this order. The Clerk of the Court is directed to close the case if an amended complaint is not timely filed.

It is **SO ORDERED** in Orlando, Florida, this 7 day of September ~~August,~~ 2010.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Mark Wayne Jones, pro se plaintiff